962 So.2d 378 (2007)
Willie James WRIGHT, husband, Appellant,
v.
Monet Cathleen WRIGHT, Appellee.
No. 1D06-4846.
District Court of Appeal of Florida, First District.
July 31, 2007.
Jennifer A. Bowens, Jacksonville, for Appellant.
Terence M. Brown of Terence M. Brown, P.A., Starke, for Appellee.
PER CURIAM.
AFFIRMED. See Garvin v. Garvin, 930 So.2d 823 (Fla. 1st DCA 2006); Clayton v. Clayton, 442 So.2d 310 (Fla. 1st DCA 1983); Mathieu v. Mathieu, 877 So.2d 740 (Fla. 5th DCA 2004).
BARFIELD, KAHN, and PADOVANO, JJ., concur.